IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LA' QUANZA GEE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4918

Opinion filed September 4, 2014.

An appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

Nancy A. Daniels, Public Defender, M. J. Lord, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Tallahassee Bureau Chief,
Criminal Appeals, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.  See Williams v. State, 39 Fla. L. Weekly D1336 (Fla. 1st

DCA June 25, 2014).

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.